**United States District Court**
**Western District of New York**

---

**Justin Sathue,**

Plaintiff,

**Civil Docket:** 14-cv-643C

**COMPLIANT**

**v.**

**TransUnion Risk and Alternative Data Solutions Incorporated,**

Defendant,

---

1. **Parties in this complaint:**

A. **Plaintiff**,

Justin Sathue, 1511 Pine Avenue #1, Niagara Falls, Niagara County, NY, 14301,

B. **Defendant**,

TransUnion Risk and Alternative Data Solutions Incorporated, 555 West Adams Street, Chicago, Cook County, IL, 60661. A consumer reporting agency as defined by 15 U.S.C § 1681a.

2. **Jurisdiction and Venue:**

This court has jurisdiction over this matter, under Section 618 of the Fair Credit Reporting Act (15 USC § 1681p).

3. **Statement of Claim:**

**(A)- The Defendant failed to place a notice of dispute on the Plaintiff's credit report under the account ending in 3540 listed as "State Farm Bank"**

1. The Plaintiff disputed the account listed as "State Farm Bank" in 2013.

2. The Defendant verified the information by "State Farm Bank" as accurate.

3. After an a consumer dispute a consumer reporting agency is statutorily obligated under 15 U.S.C. §1681i (b) to place a notice of dispute on the item or items that the consumer disputed.

4. The Defendant failed to do so (Exhibit "A", page 3). This is in direct violation of 15 U.S.C. §1681i (b).

**(B) – The Defendant failed to place a notice of dispute on the Plaintiff's credit report under the account ending in 7912 listed as "Capital One"**

1. The Plaintiff disputed the account listed as "Capital One" in 2012 and 2013.

2. The Defendant verified the information by "Capital One" as accurate.

3. After a consumer submitted dispute, a credit reporting agency is statutorily obligated under 15 U.S.C. §1681i (b) to place a notice of dispute on the item or items that the consumer disputed.

4. The Defendant failed to place a notice of dispute (Exhibit "A", page 3). This is in direct violation of 15 U.S.C. §1681i (b).

**(C) – The Defendant failed to place a notice of dispute on the Plaintiff's credit report under the account ending in 0439 listed as "Bank of America"**

1. The Plaintiff disputed the account listed as "Bank of America" in 2013 and 2014.

2. The Defendant verified the information by "Bank of America" as accurate.

3. After a consumer submitted dispute, a credit reporting agency is statutorily obligated under 15 U.S.C. §1681i (b) to place a notice of dispute on the item or items that the consumer disputed.

4. The Defendant failed to place a notice of dispute (Exhibit "A", page 2). This is in direct violation of 15 U.S.C. §1681i (b).

**(D) – The Defendant allowed a hard credit inquiry through an active security freeze**

1. A security freeze was placed on the Plaintiff;s credit report in 2011 in connection with the unauthorized use of his sensitive personal information. An extended fraud alert was placed on Mr Sathue's credit file in 2011 after he sent the Defendant an Identity Theft Affidavit dated 09/2010.

2. The Plaintiff ordered his credit report in 2013 and noticed an inquiry dated 03/11/2013 from "Foster and Garbus" located in Commack, NY.

3. This inquiry was placed while their was an active security freeze on Mr Sathue's credit file.

4. Mr. Sathue contacted the Defendant several times asking for the deletion of this unauthorized inquiry but the Defendant failed to take appropriate action and remove this inquiry.

5. The Plaintiff filed a compliant with the Consumer Financial Protection Board (compliant ID: 130422-000975) dated 04/22/2013 @ 04:18 stating that the Defendant failed to delete the inquiry that was allowed through an active security freeze. (Exhibit "B", page 1-2)

6. Under N.Y. GBS Law § 380-t – Section 380-T: Security Freeze, a consumer reporting agency must not release a consumer's credit file while there is an active security freeze on file.

7. The Defendant responded to the Plaintiff's compliant with the Consumer Financial Protection Board on 05/08/2014 @ 10:28 stating, "We received your compliant about the inquiry listed on your credit report, and apologize for any difficulty you may have experienced. We have deleted the 3/11/13 Foster and Garbus Inquiry from your credit report. (Exhibit "B", page 3)

**(D) – Punitive Damages**

1. The Defendant's actions an unnecessary emotional burden was placed on the Plaintiff **even though** the Plaintiff contacted the Defendant many times trying to fix the inaccuracies on his credit report.

2. The Defendant listed a second credit file under the Plaintiff's name and social security number (Exhibit ). On this credit file dated 05/19/2014, the Defendant removed the security freeze and extended fraud alert that was previously placed. (Exhibit "B", pages ). This action directly promotes identity theft and would cause Mr. Sathue's credit report to be released **even though** he never asked the Defendant to remove or alter either the Fraud alert or security freeze previously placed.

3. The Plaintiff needed to contact the Consumer Financial Protection Board in order to have the Defendant correct inaccurate information because they failed to do so willfully.

4. **Relief Sought:**

    A. Statutory damages for each violation of the Fair Credit Reporting Act pursuant to 15 U.S.C. §1681n in the amount of $10,000.00 (TEN THOUSAND) USD.

B. Statutory damages for each violations of the Fair Credit Reporting Act pursuant to 15. U.S.C. §1681o in the amount of TEN THOUSAND ($10,000.00) USD.

C. Punitive damages in the amount of TWENTY FIVE THOUSAND ($25,000.00) USD pursuant to 15 U.S.C. §1681n(a)(1)(2).

D. An injunctive order causing the Defendant to place a notice of dispute of the account listed on the Plaintiff's credit report, as "Capital One" whose account number ends with 7912.

E. An injunctive order causing the Defendant to place a notice of dispute of the account listed on the Plaintiff's credit report, as "State Farm Bank" whose account number ends with 3540.

F. Any further relief which this court deems just.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.**

**Dated: 08/06/2014**
Niagara Falls, NY

Justin Sathue
1511 Pine Avenue, #1
Niagara Falls, NY 14301
JSathue50@yahoo.com
(786) 200-0976

# Exhibit “A”

*** 341731374-033 ***
P.O. Box 2000
Chester, PA 19022-2000

05/19/2014 TransUnion.

P3K5FI00301962-I033697-000001962

JUSTIN SCOTT SATHUE
1511 PINE AVE APT 1
NIAGARA FALLS, NY 14301-2253

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion, LLC takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

**File Number:** 341731374
**Date Issued:** 05/19/2014

TransUnion.

## -Begin Credit Report-

## Personal Information

You have been on our files since 02/21/2008

**SSN:** XXX-XX-4821

**Date of Birth:** 12/28/1990

### Names Reported: JUSTIN SCOTT SATHUE

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 1511 PINE AVE APT 1, NIAGARA FALLS, NY 14301-2253 | 05/05/2014 | 443 20TH ST, NIAGARA FALLS, NY 14303-1723 | 05/07/2013 |
| 889 MILBURN CT, NORTH BALDWIN, NY 11510-2938 | 05/07/2013 | 48 MOTOR AVE UNIT 1, FARMINGDALE, NY 11735-4035 | 06/01/2011 |

### Telephone Numbers Reported:

(919) 904-3211 (917) 244-1458 (917) 770-1641

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

AID ACCT INFO DISPUTED BY CONSUMR

## Adverse Accounts

**BANK OF AMERICA #426428553265****** (P O BOX 982235, EL PASO, TX 79998-2235, (800) 655-1491)

**Date Opened:** 07/19/2010
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** SECURED CREDIT CARD

**Balance:** $0
**Date Updated:** 05/09/2014
**Payment Received:** $0
**Last Payment Made:** 03/26/2013
**High Balance:** $457
**Credit Limit:** $300

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly
**Date Closed:** 11/14/2011
**Date Paid:** 03/26/2013
>Maximum Delinquency of 60 days in 07/2012<

**Remarks:** CLOSED BY CREDIT GRANTOR

| | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | 60 | 30 | OK |

| | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X |

**CAPITAL ONE #512025508112****** (P O BOX 30253, SALT LAKE CITY, UT 84130-0253, (800) 477-6000)

**Date Opened:** 07/14/2010
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $0
**Date Updated:** 12/10/2012
**Payment Received:** $34
**High Balance:** $649
**Original Charge-off:** $585
**Credit Limit:** $320

**Pay Status:** >Account paid in Full; was a Charge-off<
**Terms:** Paid Monthly
**Date Closed:** 11/30/2012
>Maximum Delinquency of 120 days in 09/2012 and in 10/2012<

**Account Sale Info:** ACCOUNT SOLD TO CAVALRY
**Remarks:** DISP INVG COMP-CONSUM DISAGRS; PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
**Estimated month and year that this item will be removed:** [illegible]

| | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

**CAPITAL ONE BANK USA NA** #400344781970**** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )

**Date Opened:** 12/18/2010
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 05/12/2014
**Last Payment Made:** 04/24/2014

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $15 per month, paid Monthly
›Maximum Delinquency of 90 days in 01/2013 and in 03/2013‹

**High Balance:** High balance of $855 from 03/2014 to 05/2014
**Credit Limit:** Credit limit of $500 from 03/2014 to 05/2014

| | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $154 | $181 | $192 | | | | | | | | | |
| Scheduled Payment | $15 | $15 | $15 | | | | | | | | | |
| Past Due | $0 | $0 | $0 | | | | | | | | | |
| Remarks | AID | AID | AID | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | 90 | 90 | 90 | 60 | 60 | 30 | OK | OK | 60 | 30 |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 |
|---|---|---|---|---|---|
| Rating | OK | X | OK | OK | OK |

**CAVALRY PORTFOLIO SVCS** #1823**** ( 500 SUMMIT LAKE DR, STE 4A, VALHALLA, NY 10595, (800) 501-0909 )

**Placed for collection:** 12/13/2012
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** COLLECTION AGENCY/ATTORNEY

**Balance:** $589
**Date Updated:** 05/12/2014
**Last Payment Made:** 12/28/2012
**Original Amount:** $620
**Original Creditor:** HSBC BANK NEVADA (Banking)
**Past Due:** ›$589‹

**Pay Status:** ›In Collection‹

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 04/2019

**COMENITY BANK/EXPRESS** #33952**** ( PO BOX 182789, COLUMBUS, OH 43218-2789, Phone number not available )

**Date Opened:** 06/06/2011
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CHARGE ACCOUNT

**Balance:** $543
**Date Updated:** 04/26/2014
**Payment Received:** $0
**Last Payment Made:** 01/26/2013
**High Balance:** $674
**Original Charge-off:** $674
**Credit Limit:** $0

**Pay Status:** ›Charged Off‹
**Terms:** Paid Monthly
**Date Closed:** [illegible]
›Maximum Delinquency of [illegible] and in 03 2014‹

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; ›UNPAID BALANCE CHARGED OFF‹
**Estimated month and year that this item will be removed:** 06/2019

| | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | OK | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK |

| | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X |

**PINNACLE CREDIT SERVICES** #OP520** ( PO BOX 640, HOPKINS, MN 55343-0640, (952) 939-8100 )

**Placed for collection:** 02/18/2014
**Responsibility:** Individual Account
**Account Type:** Open Account
**Loan Type:** FACTORING COMPANY ACCOUNT

**Balance:** $1,442
**Date Updated:** 05/10/2014
**Original Amount:** $1,442
**Original Creditor:** VERIZON WIRELESS (Financial)
**Past Due:** ›$1,442‹

**Pay Status:** ›In Collection‹

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; ›PLACED FOR COLLECTION‹
**Estimated month and year that this item will be removed:** 05/2018

**STATE FARM BANK** #440619196677**** ( 3 STATE FARM PLAZA, N-3, BLOOMINGTON, IL 61791, (877) 734-2265 )

**Date Opened:** 06/01/2011
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $1,037
**Date Updated:** 06/20/2013
**Last Payment Made:** 12/27/2012
**High Balance:** $1,053
**Original Charge-off:** $1,053
**Credit Limit:** $500
**Past Due:** ›$1,037‹

**Pay Status:** ›Charged Off‹
**Date Closed:** [illegible]
›Maximum Delinquency of [illegible] for $246 and [illegible]

**Remarks:** ›UNPAID BALANCE CHARGED OFF‹
**Estimated month and year that this item will be removed:** 03/2019

(3)

Consumer Credit Report for JUSTIN SATHUE

File Number: 341731374 Date Issued: 05/19/2014

| | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | X | X | X | 120 | C/O | 120 | 120 | 120 | 90 | 60 |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Satisfactory Accounts

**CAPITAL ONE BANK USA NA** #517805857689**** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )

**Date Opened:** 10/06/2010
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 05/08/2014
**Last Payment Made:** 04/24/2014

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $16 per month, paid Monthly

**High Balance:** High balance of $834 from 10/2013 to 05/2014
**Credit Limit:** Credit limit of $500 from 10/2013 to 05/2014

| | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $502 | $572 | $588 | $663 | $673 | $714 | $731 | $694 | | | | |
| Scheduled Payment | $16 | $18 | $18 | $20 | $21 | $22 | $22 | $21 | | | | |
| Amount Paid | | | | | | $2 | $21 | $25 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Remarks | AID | AID | AID | AID | AID | AID | AID | AID | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK |

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | X |

**HSBC BANK** #512025505977**** ( PO BOX 30253, salt lake city, UT 84130, (800) 695-6950 )

**Date Opened:** 07/14/2010
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $0
**Date Updated:** 01/29/2011
**Last Payment Made:** 12/31/2010
**High Balance:** $337
**Credit Limit:** $320

**Pay Status:** Unrated
**Terms:** Paid Monthly
**Date Closed:** 08/01/2010
**Date Paid:** 12/31/2010

**Remarks:** CREDIT CARD LOST OR STOLEN, CLOSED

**SALLIE MAE** #98957723311E00**** ( POB 9635, WILKES-BARRE, PA 18773-9635, Phone number not available )

**Date Opened:** 07/16/2013
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN

**Date Updated:** 04/30/2014
**Payment Received:** $0

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $0 per month for 36 months, Deferred

**High Balance:** High balance of $1,118 from 07/2013 to 02/2014; $1,118 from 04/2014 to 04/2014
**Special Payment:** Payment deferred until 03/07/2015
**Remarks:** PAYMENT DEFERRED

| | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,171 | | $1,160 | $1,155 | $1,149 | $1,144 | $1,133 | $1,132 | $1,127 | [illegible] |
| Scheduled Payment | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | X | OK | OK | OK | OK | OK | OK | OK | OK |

**SALLIE MAE** #98957723311E00**** ( POB 9635, WILKES-BARRE, PA 18773-9635, Phone number not available )

**Date Opened:** 11/14/2005
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN

**Balance:** $0
**Date Updated:** 07/18/2013
**Payment Received:** $0
**Last Payment Made:** 07/18/2013
**High Balance:** $500

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $0 per month, Deferred
**Date Closed:** 07/18/2013

**Remarks:** CLOSED

| | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|
| Rating | X | X | X | X |

## Account Review Inquiries

**JUSTIN SATHUE via KARMA/TRANSUNION INTERAC** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 05/17/2014

(4)

**To dispute online go to: http://transunion.com/disputeonline**

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19022, (800) 888-4213 )
**Requested On:** 05/13/2014, 04/04/2013

**CAPITAL 1/TUI** ( 100 CROSS ST, STE 202, SAN LUIS OBISP, CA 93401, Phone number not available )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 05/07/2014

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET #, SAN LUIS OBISP, CA 93401, (800) 493-2392 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 05/07/2014

**PROGREXION/LEXINGTON LAW** ( 330 N CUTLER DR, NORTH SALT LAK, UT 84054, (801) 384-4100 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 04/05/2014, 02/15/2014, 10/11/2012, 09/20/2012, 09/19/2012, 09/13/2012, 08/23/2012, 08/16/2012, 08/02/2012, 07/26/2012, 07/19/2012, 07/05/2012

**CAPITAL ONE BANK USA NA** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
**Requested On:** 04/01/2014

**SM SERVICING** ( P O BOX 9500, WILKES BARRE, PA 18773-9500, (703) 810-5811 )
**Requested On:** 11/15/2013

**FRAUD ALERT FREE DISCLOS** ( P O BOX 1000, CHESTER, PA 19022, (800) 888-4213 )
**Requested On:** 10/09/2013

**FISERV/CHECKFREE CORP** ( 6000 PERIMETER DR, DUBLIN, OH 43017-3233, (614) 564-3000 )
**Requested On:** 06/08/2013

**LENDING CLUB/WEBBANK** ( 71 STEVENSON STREE, SUITE 300, SAN FRANCISCO, CA 94105, (800) 964-7937 )
**Requested On:** 05/14/2013

**PROGREXION/CRDT REPAIR.C** ( 330 NORTH CUTLER D, NORTH SALT LAK, UT 84054, (800) 232-6499 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 04/11/2013, 09/20/2012

**PROGREXION/LEXINGTON LAW** ( 330 CUTLER DR # NO, NORTH SALT LAK, UT 84054, (855) 255-0139 )
**Permissible Purpose:** CRED[illegible]
**Requested On:** [illegible] 2013

**CAPITAL ONE** ( PO BOX 30253, S[illegible] CITY, UT 84130, (800) 695-6950 )
**Permissible Purpose:** COLLECTION
**Requested On:** 12/03/2012

**PROGREXION via PROGREXION/CRDT REPAIR.C** ( 330 NORTH CUTLER D, NORTH SALT LAK, UT 84054, (800) 232-6499 )
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 10/04/2012

**AMERICAN CORADIUS** ( 2420 SWEET HOME RD, AMHERST, NY 14228, (716) 634-7955 )
**Requested On:** 09/28/2012

**ZENDOUGH/TUI** ( 100 CROSS ST, STE 202, SAN LUIS OBISP, CA 93401, Phone number not available )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 06/21/2012

**PINNACLE FINANCIAL G via INTERGRITY SOLUTION SVCS** ( 7825 WASHINGTON, STE 310, MINNEAPOLIS, MN 55439, (800) 732-6877 )
**Permissible Purpose:** COLLECTION
**Requested On:** 06/01/2012

## Consumer Statement

THE ACCURACY OF THIS CREDIT REPORT SHOULD BE QUESTIONED AS MY IDENTITY WAS USED WITHOUT MY PERMISSION MULTIPLE TIMES SINCE [illegible] PENDING.
(Note: This statement is set to expire in 12/2014.)

5

## Credit Report Messages

**SECURITY FREEZE:** This file has been frozen or locked at the consumer's request.
(Note: This statement has no expiration date.)

**SECURITY ALERT:** Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account. Contact consumer at (917) 770-1641 or (516) 847-4120.
(Note: This alert is set to expire in 06/2020.)

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)

**-End of Credit Report-**

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**-Begin Additional Information-**

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible Office of Foreign Assets Control ("OFAC") Name Matches, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

## Special Messages

The following Special Messages may be provided to an authorized party when it requests your TransUnion credit report. These messages provide important details concerning the information contained in your file and/or the authorized party's inquiry.

EXTENDED FRAUD ALERT ON FILE

**-End of Additional Information-**

(6)

05/19/2014 TransUnion.

*** 341731374-033 ***

JUSTIN SATHUE

The following is an additional credit report for this consumer.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

(7)

**File Number:** 341731374
**Date Issued:** 05/19/2014

**-Begin Credit Report-**

## Personal Information

**SSN:** XXX-XX-4821

You have been on our files since 02/21/2008

**Date of Birth:** 12/28/1990

### Names Reported: JUSTIN SATHUE

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 1511 PINE AVE APT 1, NIAGARA FALLS, NY 14301-2253 | 03/29/2014 |

### Telephone Numbers Reported:

(917) 770-1641

## Credit Report Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out is set to expire in 04/2019.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

-End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).



# Exhibit "B"

**Reference #**
130422-000975
**Status**
Response not disputed
**Assigned To**
*Not specified*
**Product**
Credit reporting
**Issue**
Improper use of my credit report
Report improperly shared by CRC
**SLA**
*Not specified*
**Queue**
Consumer Review

**Date Created**
04/22/2013 04:18 PM
**Date Initial Solution Response**
None
**Last Updated**
11/13/2013 11:34 PM

**Customer SmartSense**
0 (on -3 to +3 scale)
**Staff SmartSense**
0 (on -3 to +3 scale)

**Send to company?**
Yes
**Submit this anonymously?**
No
**Involves discrimination?**
No
**Discrimination age**
No
**Discrimination marital**
No
**Discrimination national origin**
No
**Discrimination race**
No
**Discrimination exercise**
No
**Discrimination public assist**
No
**Discrimination religion**
No
**Discrimination sex**
No
**Contacted CC issuer**
Yes
**Contacted CFPB**
Yes
**Contacted a government agency**
No
**At financial institution?**
No
**On behalf of myself**
Yes
**On behalf of someone else**
No
**What is your age?**
22

# My TransUnion credit report was released while their was a SECURITY FREEZE on it...

## Discussion Thread

**Auto-Response** **05/08/2013 10:28 AM**

The company responded to your complaint (number: 130422-000975).

Log in to https://help.consumerfinance.gov/app/account/complaints/list or call us at (855) 411-CFPB (2372) to review the company's response.

Company's response
The company's response describes the steps the company has taken or will take in response to your complaint and help you understand what happened. For many people, the company's response addresses their complaint. Getting this response to you for review typically means we have completed our work on your individual complaint.

Your feedback
While you're reviewing the response, you have an opportunity to give feedback about how the company responded to your complaint. Log in to https://help.consumerfinance.gov/app/account/complaints/list or call us at (855) 411-CFPB (2372).

We also welcome feedback on how our complaint process has worked for you. If you would like to share your story, go to https://help.consumerfinance.gov/app/tellyourstory.

If you have questions about consumer financial products or services, visit consumerfinance.gov/askcfpb.

We take complaints very seriously and thank you for reaching out to us. Complaints help us identify trends and problems in the marketplace and better understand the challenges American consumer face.

Thank you,

Office of Consumer Response

Consumer Financial Protection Bureau

consumerfinance.gov

(855) 411-CFPB (2372)

**Auto-Response** **04/23/2013 09:49 AM**

We have forwarded your complaint to the company for a response. You should receive a status update within the next 15 days.

You can track the status of your complaint at: https://help.consumerfinance.gov/app/account/complaints/list/.

Thank you,

Office of Consumer Response

Consumer Financial Protection Bureau

consumerfinance.gov

(855) 411-CFPB (2372)

**Auto-Response** **04/22/2013 04:18 PM**

Thank you for contacting the Consumer Financial Protection Bureau (CFPB).

(1)

**Am or was servicemember**
No

**Am dependent**
No

**Country**
United States

**Social Security number**
**********

**State**
PA

**Zip code**
19022

**Org ID**
426

**State**
NY

**ZIP code**
14303

**State**
NY

**ZIP code**
14303

**Complaint process**
CFPB review

**Sent to company**
04/23/2013 09:49 AM

**Respond by**
05/08/2013

**Respond By 60 Days**
06/22/2013

**Complaint source**
Web

**I dispute this resolution?**
No

**Special handling?**
No

**Past Due Flag**
No

**No Response Flag**
No

**Nonstandard Handling**
Not Applicable

**Script Complete?**
No

**Date Reviewed**
04/23/2013

**Potential Whistleblower?**
No

**Service Member?**
No

**Dependent of Service Member?**
No

**Older American?**
No

**Narrative includes PII?**
No

**Investigation Letter Sent?**
No

**Invest Letter Ready to Send?**
No

**Investigations high priority?**
No

**Applying for the loan**
No

**Receiving a credit offer**

Our Office of Consumer Response has received your submission and will review it as soon as possible to determine if it involves a Federal consumer financial law within our authority. Please be aware that the Office of Consumer Response cannot represent individuals and we are not a substitute for legal counsel.

Depending on what we find, we will either:
- Send your complaint to the company for a response;
- Send your complaint to the appropriate regulator or help you get in touch with your state and local consumer protection office if your complaint is not within our authority; or
- If we need more information to continue our work, we will reach out again and let you know.

Regardless, your submission will help us understand the marketplace better and help us to protect consumers like you.

You can set up an account to check the status of your submission at any time at
https://help.consumerfinance.gov/app/account/complaints/list/

Thank you,

Office of Consumer Response

Consumer Financial Protection Bureau

consumerfinance.gov

(855) 411-CFPB (2372)

**Customer (Justin Sathue)** **04/22/2013 04:18 PM**

My TransUnion credit report was released while their was a SECURITY FREEZE on it to an unauthorized third party. A security freeze in the State of NY restricts access to a credit report unless the consumer notifies the credit bureau with a PIN number to lift or permanently remove the security freeze. When I ordered a copy of my credit report and notified TransUnion they did not investigate or respond to me AT ALL! The inquiry is from Foster and Garbus located in Commack, NY. I have never done business with this company. The inquiry listed above represents unauthorized access to my TransUnion credit report

## Primary Contact

**First Name:** Justin
**Last Name:** Sathue
**Organization:**
**Login:** jsathue50@yahoo.com
**Title:**
**Contact Type:**
**Email:** jsathue50@yahoo.com
**Email - Alternate #1:**
**Email - Alternate #2:**
**Primary Phone:** 516-303-4389
**Mobile Phone:**
**Fax:**
**Assistant Phone:**
**Home Phone:**
**Street** 443 20th Street
**City** Niagara Falls
**State/Province** NY
**Postal Code** 14303
**Country** United States

## Additional Information

**Country (behalf):** United States
**Country:** United States
**Name on acct:** Justin Sathue
**Company name:** TransUnion
**Address 1:** 2 Baldwin Place 1510 Chester Pike
**City:** Crum Lynne,
**Country:** United States
**Address 1:** 443 20th Street

2

No

**Problems when unable to pay**
No

**Making payments**
No

**Signing the agreement**
No

**Company Initial Response Date**
05/08/2013

**Initial Sent to Company Date**
04/23/2013

**IG Report**
No

**Copy to mailing address**
No

**Copy to company address**
No

**Copy to property address**
No

**Copy to on-behalf address**
No

**Copy to service member address**
No

**Date of Birth**
12/28/1990

**Is Auto-Routed?**
No

**Success Story**
No

**Recommendation**
No

**Human Interest**
No

**Red Flag?**
No

**Emerging Issue**
No

**Withhold from publication?**
No

**Consumer State**
NY

**Company Response Disputable**
05/08/2013 10:28 AM

**Comp Substantive Response Date**
05/08/2013 10:28 AM

**CFPB Closed**
07/07/2013 10:37 AM

**Scrub State**
Do not scrub

**City:** Niagara Falls
**Country:** United States
**Address 1:** 443 20th Street
**City:** Niagara Falls
**Country:** United States
**Company status:** Closed with non-monetary relief
**Consumer status:** Response not disputed
**Pre-Investigation Response:** Closed with non-monetary relief
**Company Status 1:** Closed with non-monetary relief
**Auto-Route Declined:** Duplicate,
**Currency type (Error Amount):** USD United States Dollar
**Currency type (Transferred):** USD United States Dollar

**What Happened?**

My TransUnion credit report was released while their was a SECURITY FREEZE on it to an unauthorized third party. A security freeze in the State of NY restricts access to a credit report unless the consumer notifies the credit bureau with a PIN number to lift or permanently remove the security freeze. When I ordered a copy of my credit report and notified TransUnion they did not investigate or respond to me AT ALL! The inquiry is from Foster and Garbus located in Commack, NY. I have never done business with this company. The inquiry listed above represents unauthorized access to my TransUnion credit report

**Fair resolution?**

To remove this credit inquiry and furnish me with an updated, accurate version of my TransUnion credit report indicating that the unauthorized inquiry from Foster and Garbus has been removed.

**Describe the Relief**

We received your complaint about the inquiry listed on your credit report, and apologize for any difficulty you may have experienced. We have deleted the 3/11/13 Foster and Garbus inquiry from your report.

**Provide a response**

We have reviewed your complaint along with the information you previously provided regarding this issue. Based on our research we have removed the disputed inquiry.

**Explanation of Closure**

In order to protect your privacy, we will mail an updated copy of your credit report, to the home address we have on file for you. You can expect to receive it in approximately 5 to 7 business days. If you have any further questions, please call us at 1-800-916-8800, Monday-Friday, 8:00 AM – 11:00 PM ET.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs

**mortgage_appended_ar_large**

