UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUSTIN SATHUE,

    Plaintiff,

   -v-

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS INCORPORATED,

    Defendant.

**DECISION AND ORDER**
14-CV-0643C



*UNITED STATES DISTRICT COURT*
*FILED*
*AUG 2 1 2014*
*MICHAEL J. ROEMER, CLERK*
*WESTERN DISTRICT OF N.Y.*

---

   Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C.

§ 1915(a) and has met the statutory requirements.  Accordingly, plaintiff's request to proceed as a

poor person is hereby granted.  In addition, plaintiff's complaint has been reviewed by the Court with

respect to the 28 U.S.C. § 1915(e)(2) criteria.

   The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States

Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant

without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by

monetary award in plaintiff's favor.

   IT IS SO ORDERED.

               _____

                 DAVID G. LARIMER
               United States District Judge

DATED: August 19, 2014
     Rochester, New York