

**FILED**

AUG 25 2014

CLERK, US DISTRICT COURT, WDNY

**United States District Court**
**Western District of New York**

---

**Justin Sathue,**                                    Civil Docket: 14-CV-643C

       Plaintiff,

                                        **CERTIFICATE OF SERVICE**

v.

**TransUnion Risk and Alternative**
**Data Solutions Incorporated, Bank of America**
**Corporation, State Farm Bank.,**

       Defendant,

---

I, Justin Sathue, certify that I have served a copy of the "Amended Compliant" dated 08/16/2014 to Defendant TransUnion Risk and Alternative Data Solutions Incorporated located at,

Camille Nicodemus
4545 Northwestern Drive
Zionsville, IN 46077

Plaintiff was unaware that Defendant TU appointed counsel until 08/19/2014.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION IN THIS AFFIDAVIT IS TRUE AND CORRECT.**

**Dated: 08/19/2014**
**Niagara Falls, NY**

                                                               Justin Sathue
                                                               1511 Pine Avenue, #1
                                                            Niagara Falls, NY 14301
                                                           JSathue50@yahoo.com
                                                                   (786) 200-0976

Justin S Betthue
Pine Avenue, #1
ira Falls, NY 14301
(8??) ???-????

Camille Nicodemus
4545 Northwestern Drive
Zionsville, IN 46077

FIRST-CLASS

